UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOSEPH A. RIVERA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No.: 3:21-CV-299-DCLC-JEM |
| BERT BOYD, | ) ) ) | |
| Respondent. | ) ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Joseph A. Rivera's federal habeas petition is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, Petitioner is **DENIED** leave to appeal *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

**SO ORDERED**.

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT